UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00417

**Richard David Peterson,**
*Plaintiff,*

v.

**Gregg County Sheriff Office et al.,**
*Defendants.*

### O R D E R

Plaintiff Richard David Peterson, an inmate of the Gregg County Jail proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 2.

On February 14, 2024, the magistrate judge submitted a report recommending that plaintiff's claims against Defendant Cerliano and the Gregg County Sheriff's Office be dismissed for failure to state a claim upon which relief can be granted. Doc. 13. Plaintiff's other claims are proceeding as instructed by separate order. Doc. 12. A copy of the report was mailed to plaintiff, who has not filed an objection within the time permitted.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. All claims against Defendant Cerliano and the Gregg County Sheriff's Office are dismissed from this suit pursuant to 28 U.S.C. § 1915A(b).

- 2 -

*So ordered by the court on March 27, 2024.*

J. CAMPBELL BARKER
United States District Judge